IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK T. RAY, III,<br>    Plaintiff,<br><br>v.<br><br>CO1 McDONOUGH; LT. ARMSTRONG,<br>*Lieutenant Security* Office;<br>    Defendants. | 2:12cv985<br>Electronic Mail<br><br>Judge David Stewart Cercone<br>Chief Magistrate Judge Maureen P. Kelly |

## **MEMORANDUM ORDER**

AND NOW, this 5 day of December, 2014, after Plaintiff, Frederick T. Ray, III, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until December 1, 2014, to file written objections thereto, and Plaintiff's copy of Report and Recommendation having been returned to the Court, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Amended Complaint filed in this case is dismissed for Plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                 _DS Cercone_
                 David Stewart Cercone
                 United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge
Vincent R. Mazeski, Esquire
(*Via CM/ECF Electronic Mail*)

Frederick T. Ray
GF-2852
SCI Smithfield
1120 Pike Street
Huntingdon, PA 16652
(*Via First Class Mail*)